UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTONIO GIBSON, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| VS. ) | |
| ) | |
| U.S. BANK TRUST NATIONAL ) | CIVIL ACTION NO. |
| ASSOCIATION, NOT IN ITS ) | |
| INDIVIDUAL CAPACITY BUT ) | 3:21-CV-2210-G-BT |
| SOLELY AS TRUSTEE OF LSF9 ) | |
| MASTER PARTICIPATION TRUST, ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the Findings, Conclusions, and Recommendations of United States Magistrate Judge Rebecca Rutherford dated August 31, 2023. The court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendations to which objections were made. The objections are overruled.

**SO ORDERED**.

September 16, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**